## CROW v. CITICORP ACCEPTANCE CO.

No. 200PA86.

Case below: 79 N.C. App. 447.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1986.

## CROWDER v. N.C. FARM BUREAU MUT. INS. CO.

No. 226P86.

Case below: 79 N.C. App. 551.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

## DAIL PLUMBING, INC. v. ROGER BAKER & ASSOC.

No. 93P86.

Case below: 78 N.C. App. 664.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986.

## DUNN v. DUNN

No. 317P86.

Case below: 80 N.C. App. 559.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 June 1986. Petition by defendants for writ of supersedeas and temporary stay denied 3 June 1986.

## IN RE APPLICATION OF WALSH

No. 229PA86.

Case below: 79 N.C. App. 611.

Petition by appellant for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1986.